1  ROBERT W. FREEMAN
Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
3  Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
702.893.3383
6  FAX: 702.893.3789
Attorneys for Defendant
7  State Farm Mutual Automobile Insurance Company

8                 **UNITED STATES DISTRICT COURT**

9          **DISTRICT OF NEVADA, SOUTHERN DIVISION**

10                          \*\*\*

11  GINA CASTRONOVO-FLIHAN,                    CASE NO. 2:20-cv-1197-JCM-DJA

12              Plaintiff,                      **STIPULATION AND ORDER FOR**
                                                **EXTENSION OF TIME TO FILE AN**
13       vs.                                    **ANSWER TO PLAINTIFF'S**
                                                **COMPLAINT**
14  STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
15  company; AND DOES I through V, inclusive

16              Defendants.

17

18        COMES NOW DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE

19  COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of

20  LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, GINA CASTRONOVA-

21  FLIHAN, by and through her counsel of record, BROCK K. OHLSON PLLC, hereby stipulate

22  and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set

23  forth herein.  Defendant State Farm's Answer is currently due October 16, 2020. The parties

24  hereby stipulate that the due date for Defendant's Answer be extended to October 23, 2020. The

25  parties also stipulate and agree that the extension is for Defendant State Farm to file an Answer

26  only, not a Motion to Dismiss.

27  …

28  …

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4811-1958-3951.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to prepare its Answer to Plaintiff's Complaint. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's response to Plaintiff's Complaint.

DATED this 16th day of October, 2020.          DATED this 16th day of October, 2020.

LEWIS BRISBOIS BISGAARD & SMITH          BROCK K. OHLSON PLLC

/s/ Pamela L. McGaha                              /s/ Ian McMenemy
ROBERT W. FREEMAN                                BROCK K. OHLSON
Nevada Bar No. 3062                              Nevada Bar No. 12262
PAMELA L. MCGAHA                                 IAN M. MCMENEMY
Nevada Bar No. 8181                              Nevada Bar No. 13190
6385 S. Rainbow Boulevard, Suite 600            JUSTIN A. CORNE
Las Vegas, Nevada 89118                          Nevada Bar No. 14504
*Attorneys for Defendant*                         6060 Elton Avenue, Suite A
                                                 Las Vegas, NV 89107
                                                 *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated October 19, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4811-1958-3951.1                                    2