IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
MCMENEMY | INJURY LAW
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
Telephone: (702) 460-2441
Fax: (702) 462-6084
ian@mcmenemylaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-1197-JCM-DJA<br><br>**PLAINTIFF'S SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that IAN M. MCMENEMY, ESQ. of MCMENEMY | INJURY LAW PLLC is hereby substituted as counsel for Plaintiff, GINA CASTRONOVO-FLIHAN, in the above-entitled action, in place of BROCK K. OHLSON PLLC.

I hereby accept the above and foregoing substitution as counsel for Plaintiff, GINA CASTRONOVO-FLIHAN.

DATED this __19__ day of March 2022.

MCMENEMY | INJURY LAW PLLC

/s/ Ian M. McMenemy /s/
_____
IAN M. MCMENEMY, ESQ.

-1-

Nevada Bar No. 13190
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
*Attorney for Plaintiff, GINA
CASTRONOVO-FLIHAN*

DATED this 10 day of March 2022.

**PLAINTIFF**

GINA CASTRONOVO-FLIHAN

DATED this 25 day of March 2022.

**BROCK K. OHLSON PLLC**

/s/ Brock K. Ohlson /s/

BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
6060 Elton Ave., Suite A
Las Vegas, NV 89107
*Former Counsel of Record*

**IT IS SO ORDERED.**

DATED: March 28, 2022

Daniel J. Albregts
United States Magistrate Judge

-2-

# Ian McMenemy

**From:** Amelia Durnez <Amelia@injured.vegas>
**Sent:** Friday, March 25, 2022 11:06 AM
**To:** Ian McMenemy; Brock Ohlson
**Subject:** RE: Castronovo-Flihan v. State Farm

External (amelia@injured.vegas)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Brock approves of affixing his e-signature, sorry I must have missed this one.

Kind Regards,

Amelia H. Durnez,
Litigation Paralegal

**BROCK OHLSON**
INJURY   LAWYERS
WWW.INJURED.VEGAS

6060 ELTON AVENUE, SUITE A
LAS VEGAS, NEVADA 89107
702.982.0055 PHONE
EXTENSION 103
702.982.0150 FAX
AMELIA@INJURED.VEGAS

**From:** Ian McMenemy <ian@mcmenemylaw.com>
**Sent:** Friday, March 25, 2022 11:04 AM
**To:** Brock Ohlson <Brock@injured.vegas>; Amelia Durnez <Amelia@injured.vegas>
**Subject:** FW: Castronovo-Flihan v. State Farm

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Following up on the attached Substitution of Counsel. Please advise whether I may affix your e-signature to the same.

Sincerely,

-Ian

**Ian M. McMenemy, Esq.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of MCMENEMY | INJURY LAW PLLC, and that on this ___ day of March, 2022, I electronically filed and served the foregoing **PLAINTIFF'S SUBSTITUTION OF COUNSEL** as follows:

☐ U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

☐ Facsimile—By facsimile transmission pursuant to EDCR 7.26 to the facsimile number(s) shown below; and/or

☐ Hand Delivery—By hand-delivery to the addresses listed below; and/or

☒ Electronic Service — in accordance with Administrative Order 14-2 and Rule 9 of the Nevada Electronic Filing and Conversion Rules (N.E.F.C.R.).

BROCK K. OHLSON PLLC
Brock K. Ohlson, Esq.
Nevada Bar No. 12262
6060 Elton Ave., Suite A
Las Vegas, NV 89107
Efile@injured.vegas

LEWIS BRISBOIS BISHAARD & SMITH
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant, State Farm Mutual Automobile Insurance Company

*/s/ Ian M. McMenemy /s/*
_____
An employee of
**MCMENEMY | INJURY LAW PLLC**

-3-