IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
**MCMENEMY | INJURY LAW**
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
Telephone: (702) 460-2441
Fax: (702) 462-6084
ian@mcmenemylaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-1197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Gina Castronovo-Flihan ("Plaintiff"), by and through her undersigned counsel of record, and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On September 15, 2022, Defendant filed a Motion for Partial Summary Judgment Pursuant to FRCP 56(d) (Doc. 40);

2. The deadline for Plaintiff to file an Opposition to Defendant's Motion for Partial Summary Judgment Pursuant to FRCP 56(d) is currently October 6, 2022;

3. Defendant has agreed to extend the deadline for Plaintiff to file an Opposition until October 17, 2022.

4.    Plaintiff has agreed to extend the deadline for Defendant's Reply until October 31, 2022.

This stipulated extension is made in good faith, is not interposed for delay, and is not filed for an improper purpose. This is the first stipulation for extension of time to file Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment Pursuant to FRCP 56(d)

DATED this __6__ day of October 2022.

**MCMENEMY | INJURY LAW PLLC**

/s/ Ian M. McMenemy /s/
_____
IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
*Attorney for Plaintiff, GINA CASTRONOVO-FLIHAN*

DATED this __6__ day of October 2022.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Cheryl A. Grames
_____
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 23022