ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive<br><br>　　　　Defendants. | CASE NO. 2:20-cv-1197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE (ECF No. 45) TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 40)**<br><br>**(SECOND REQUEST)** |

Plaintiff Gina Castronovo-Flihan ("Plaintiff"), by and through her undersigned counsel of record, and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through its undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On September 15, 2022, Defendant filed a Motion for Partial Summary Judgment Pursuant to FRCP 56(d) (ECF No. 40);

2. By stipulation and order, the deadline for Plaintiff's Response was extended from October 6, 2022 to October 17, 2022 and the deadline for Defendant's Reply in support of its Motion for Partial Summary Judgment was extended to October 31, 2022 (ECF No. 45).

3. Plaintiff timely filed her Response (ECF No. 46) on October 17, 2022.

4867-1978-8339.2

4. Based on the issues at bar in the parties' briefing thus far, Defendant requires additional time to file its reply brief, through and including November 7, 2022.

The parties bring this stipulated request for an extension of the briefing schedule in good faith, they do not interpose it for delay, and they do not file it for an improper purpose. This is the second stipulation for extension of time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment Pursuant to FRCP 56(d).

DATED this 26th day of October 2022.

MCMENEMY | INJURY LAW PLLC

*/s/ Ian M. McMenemy*

IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
*Attorney for Plaintiff GINA CASTRONOVO-FLIHAN*

DATED this 26th day of October 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Cheryl A. Grames*

ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

**ORDER**

**IT IS SO ORDERED.**

DATED October 28, 2022.

UNITED STATES DISTRICT JUDGE

4867-1978-8339.2                                             2