ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMTH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive<br><br>Defendants. | CASE NO. 2:20-cv-1197-JCM-DJA<br><br>**NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** |

Frank A. Toddre of the law firm Lewis Brisbois Bisgaard & Smith LLP hereby enters his appearance as counsel of record for defendant State Farm Mutual Automobile Insurance Company ("State Farm") and requests that he be added to the docket as counsel for State Farm (with Robert W. Freeman).  State Farm also requests leave of the Court to remove Cheryl A. Grames, Derek R. Noack, Pamela L. McGaha and Shirley J. Foster, formerly of Lewis Brisbois Bisgaard & Smith LLP, as counsel of record for State Farm, as they are no longer associated with the firm.  For this reason, it

/ / /

/ / /

/ / /

94702379.1

is requested that the Clerk of Court remove Cheryl A. Grames, Derek R. Noack, Pamela L. McGaha and Shirley J. Foster's names from CM/ECF as counsel for State Farm so that they no longer receive electronic service of materials filed in this case.

DATED this 10th day of May, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ *Frank A. Toddre, II*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

**IT IS SO ORDERED**.

DATED: 5/11/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

94702379.1     2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of May, 2023, a true and correct copy of the forgoing **NOTICE OF APPEARANCE AND MOTION TO REMOVE COUNSEL** was filed and served via the United States District Court CM/ECF system.

Ian M. McMenemy, Esq.
Dustyn H. Holmes, Esq.
MCMENEMY | HOLMES PLLC
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134
Telephone: (702) 874-4878
Fax: (702) 874-4969
ian@mcmenemyholmes.com
dhh@mcmenemyholmes.com
*Attorneys for Plaintiff*

By  /s/  *Susan Awe*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH

94702379.1

3