1  ROBERT W. FREEMAN
Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A TODDRE, II
3  Nevada Bar No. 11471
E-Mail: Frank. Toddre@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
TEL: 702.893.3383
6  FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
7  *Automobile Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, | CASE NO. 2:20-cv-1197-JCM-DJA |
| Plaintiff, | **PROPOSED STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THE JOINT PRE-TRIAL ORDER** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff GINA CASTRONOVO-FLIHAN ("Plaintiff"), by and through her undersigned counsel of record, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On September 22, 2023, this Court entered an Order [40] Granting Motion for Partial Summary Judgment. (ECF No. 54).

2. On October 19, 2023, Plaintiff and Defendant conducted a meet and confer to discuss the Joint Pre-Trial Order.

3. The parties have been working diligently and have held a thorough meet and confer to discuss the Joint Pre-Trial Order. However, there are certain issues the parties are negotiating that will likely not be completed, insofar as verbiage on the contentions and discussions for exhibits



131741380.1

1  or factual stipulations, by the current due date of the Joint Pre-Trial Order on October 25, 2023.

2      4.    On October 26, 2023, this court entered an Order [58] extending time for the parties to file the Joint Pre-Trial Order.

    5.    The parties have completed a first working draft of the proposed Joint Pre-Trial Order, following their meet and confer.

    6.    Plaintiff has provided a revised draft for Defendant review.  Based on the length and scope of additions, Defense counsel requires a brief enlargement of time to review the latest version with client and to finalize for submission to Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



131741380.1

2

7. The parties agreed to extend the due date of the Joint Pre-Trial Order by ten (10) days inclusive of the current due date of November 8, 2023 to November 17, 2023.

DATED this 8th day of November, 2023.

                              **MCMENEMY | INJURY LAW PLLC**

                              */s/ Ian M. McMenemy*
                              IAN M. MCMENEMY
                              Nevada Bar No. 13190
                              8880 W. Sunset Road, Suite 130
                              Las Vegas, NV 89148
                              *Attorney for Plaintiff*
                              GINA CASTRONOVO-FLIHAN

DATED this 8th day of November, 2023.

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              */s/ Frank A. Toddre, II*
                              ROBERT W. FREEMAN
                              Nevada Bar No. 3062
                              FRANK A. TODDRE, II
                              Nevada Bar No. 11471
                              6385 S. Rainbow Boulevard, Suite 600
                              Las Vegas, Nevada 89118
                              *Attorneys for Defendant*
                              STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## ORDER

By agreement of the parties, the due date of the Joint Pre-Trial Order shall be extended by a period of two weeks from November 8, 2023 to November 22, 2023.

**IT IS SO ORDERED.**

DATED this 9th day of November, 2023:

                              _____
                              DANIEL J. ALBREGTS
                              UNITED STATES MAGISTRATE JUDGE