ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE II
Nevada Bar No. 11474
E-Mail: Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, | CASE NO. 2:20-cv-1197-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND MOTION IN LIMINE DATES AND CONTINUE TRIAL SETTING** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff GINA CASTRONOVO-FLIHAN ("Plaintiff"), by and through her undersigned counsel of record, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1.      On September 22, 2023, this Court entered an Order [40] Granting Motion for Partial Summary Judgment. [54].

2.      On October 19, 2023, Plaintiff and Defendant conducted a meet and confer to discuss the Joint Pre-Trial Order.

3.      On October 26, 2023, this court entered an Order [58] extending time for the parties to file the Joint Pre-Trial Order.

4.      On November 9, 2024, this court entered an Order [60] extending time for the parties

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

134446674.1

to file the Joint Pre-Trial Order.

5.     On November 20, 2023, this court entered the parties Joint Pre-Trial Order [62].

6.     On December 4, 2023, this court entered the Order Setting Settlement Conference [64] which set the parties to attend a settlement conference on January 29, 2024 at 10:00am.  The court set this matter for a court/jury trial on the stacked calendar on February 5, 2024 at 9:00am.

7.     The parties are in the process of settlement discussions and request a brief continuance of trial so the parties do not incur irreversible costs and fees associated with trial preparation.

8.     The parties are not requesting an extension of the settlement conference or due dates on their respective statements.

9.     On January 5, 2024, Defendants filed three motions in limine. [66], [67], and [68].

10.     The parties agree to extend the due date for Plaintiff to respond to Motions in Limine for two weeks after the Settlement Conference has ended, or until February 12, 2024.

11.     One of the Defendant experts is unavailable the final week of February.

12.     As such, the parties agree and respectfully request this Court to vacate the current February 5, 2024 trial date and move the trial date to the first available trial stack starting in March 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

134446674.1                                                            2

DATED this 10th day of January, 2024.

MCMENEMY | HOLMES  PLLC

*/s/  Ian M. McMenemy*

IAN M. MCMENEMY
Nevada Bar No. 13190
1645 Village Center Circle, Suite 291
Las Vegas, NV 89134
*Attorney for Plaintiff*
*GINA CASTRONOVO-FLIHAN*

DATED this 10th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/  Frank A. Toddre, II*

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

## ORDER

By agreement of the parties, the Plaintiff Responses to the Motions in Limine shall be set at February 12, 2024.

By agreement of the parties, that the current February 5, 2024 trial date shall be vacated and re-set to **March 11, 2024, at 9:00 a.m.;** the calendar call currently set for January 31, 2024, is vacated and reset to **March 6, 2024, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED January 12, 2023.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW