ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE II
Nevada Bar No. 11474
E-Mail: Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, | CASE NO. 2:20-cv-1197-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TIME FOR FILING DISMISSAL DOCUMENTS** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

137525762.1

1   IT IS HEREBY STIPULATED and AGREED between Plaintiff GINA CASTRONOVO-

2   FLIHAN ("Plaintiff"), by and through her counsel, MCMENEMY HOLMES, PLLC, and

3   Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"),

4   by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and

5   request an additional twenty one (21) days to submit their settlement documents in the above-

6   entitled action.  The parties have finalized the release documents but are finalizing the execution

7   and exchange of monetary instruments.

8   DATED this 11th day of March, 2024.

**MCMENEMY | HOLMES  PLLC**

/s/ Ian M. McMenemy

IAN M. MCMENEMY
Nevada Bar No. 13190
1645 Village Center Circle, Suite 291
Las Vegas, NV 89134
*Attorney for Plaintiff*
*GINA CASTRONOVO-FLIHAN*

14   DATED this 11th day of March, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/  Frank A. Toddre, II

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

**ORDER**

**IT IS SO ORDERED.**

DATED March 11, 2024.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW