ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE II
Nevada Bar No. 11474
E-Mail: Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| GINA CASTRONOVO-FLIHAN, | CASE NO. 2:20-cv-1197-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TIME FOR FILING DISMISSAL DOCUMENTS [SECOND REQUEST]** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; AND DOES I through V, inclusive | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

138806802.1

IT IS HEREBY STIPULATED and AGREED between Plaintiff GINA CASTRONOVO-FLIHAN ("Plaintiff"), by and through her counsel, MCMENEMY HOLMES, PLLC, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and request an additional ten (10) days to submit their settlement documents in the above-entitled action. The parties have exchanged the settlement check but are finalizing the execution of the release documents.

DATED this 10th day of April, 2024.

MCMENEMY | HOLMES  PLLC

*/s/ Ian M. McMenemy*
IAN M. MCMENEMY
Nevada Bar No. 13190
1645 Village Center Circle, Suite 291
Las Vegas, NV 89134
*Attorney for Plaintiff*
*GINA CASTRONOVO-FLIHAN*

DATED this 10th day of April, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Frank A. Toddre, II*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

## ORDER

**IT IS SO ORDERED.**

DATED April 11, 2024.

_____
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW