1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   FRANK A. TODDRE II
3  Nevada Bar No. 11474
   E-Mail: Frank.Toddre@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  State Farm Mutual Automobile Insurance Company

8              UNITED STATES DISTRICT COURT

9          DISTRICT OF NEVADA, SOUTHERN DIVISION

10                         ***

11  GINA CASTRONOVO-FLIHAN,            CASE NO. 2:20-cv-1197-JCM-DJA

12            Plaintiff,               **STIPULATION AND ORDER TO
                                       DISMISS PLAINTIFF'S COMPLAINT
13       vs.                           WITH PREJUDICE**

14  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY, a foreign
15  company; AND DOES I through V, inclusive

16            Defendants.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS

136712614.1

1       This matter has SETTLED. IT IS HEREBY STIPULATED and AGREED between Plaintiff

2   GINA CASTRONOVO-FLIHAN ("Plaintiff"), by and through her counsel, MCMENEMY

3   HOLMES, PLLC, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE

4   COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH

5   LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action

6   shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

7

8       DATED this _1_ day of April, 2024.

                              **MCMENEMY | HOLMES PLLC**

9

10                                IAN M. MCMENEMY

11                                Nevada Bar No. 13190
                              1645 Village Center Circle, Suite 291

12                                Las Vegas, NV 89134
                              *Attorney for Plaintiff*

13                                *GINA CASTRONOVO-FLIHAN*

14      DATED this 24 day of April, 2024.

                              **LEWIS BRISBOIS BISGAARD &**

15                                **SMITH LLP**

16

17                                ROBERT W. FREEMAN
                              Nevada Bar No. 3062

18                                FRANK A. TODDRE, II
                              Nevada Bar No. 11474

19                                6385 S. Rainbow Boulevard, Suite 600
                              Las Vegas, Nevada 89118

20                                *Attorneys for Defendant*
                              *STATE FARM MUTUAL AUTOMOBILE*

21                                *INSURANCE COMPANY*

22                          **ORDER**

23  **IT IS SO ORDERED.**

24      DATED April 25, 2024.

25

26

27                          UNITED STATES DISTRICT JUDGE

28

LEWIS
BRISBOIS